THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NEIL WATTS,

                Plaintiff,

    v.

THE STANDARD FIRE INSURANCE
COMPANY, a Connecticut Corporation,

                Defendant.

No.: 3:25-cv-05427-JNW

STIPULATION AND ORDER TO
CONTINUE TRIAL DATE AND RELATED
CASE SCHEDULE DEADLINES

NOTE ON MOTION CALENDAR:
JANUARY 20, 2026

## I. STIPULATION

Plaintiff Neil Watts, and Defendant The Standard Fire Insurance Company (collectively, the "Parties"), hereby stipulate to and jointly request the following:

The Parties request a three-month continuance of the trial date and case schedule for this case.

## II. AGREED STATEMENT OF FACTS

The Parties agree that good cause exists for a continuance in order to allow them to complete discovery, including depositions, expert disclosures, and follow-up discovery resulting from the Court's anticipated rulings on the pending discovery motions.

Defendant's counsel transitioned to Kennedys CMK LLP in September 2025, in the midst of an unexpected and sudden dissolution and closure of Defendant's counsel's prior law firm. The transition ultimately involved the transfer of 13 personnel and over 150 files. While

STIPULATION AND ORDER TO CONTINUE      PAGE 1      KENNEDYS CMK LLP
TRIAL DATE AND RELATED CASE DEADLINES                 1420 FIFTH AVENUE, STE 2200
NO. 3:25-CV-05427-JNW                                SEATTLE, WA 98101
                                              T: 564.224.9109

Defendant's counsel has attempted to proceed diligently throughout this case, the transition unquestionably impacted Defendant's counsel's practice and the pace of discovery.

### III. AUTHORITY

The case "schedule may be modified only for cause and with the judge's consent." Fed. R. Civ. P. 16(b)(2). Here, there is good cause because the parties have attempted to resolve discovery disputes amicably and now require the Court' assistance with resolving their disputes. The parties believe that the additional time associated with this continuance will allow them to complete discovery.

The parties provide the following proposed revisions to the case schedule:

|  | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| JURY TRIAL DATE | June 29, 2026 | September 28, 2026 |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | January 12, 2026 | March 6, 2026 |
| Disclosure of rebuttal expert testimony under Fed. R. civ. P. 26(a)(2) | within 30 days after the other party's expert disclosure | within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by | December 31, 2025 | March 31, 202 |
| Discovery completed by | January 30, 2026 | April 30, 2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (see LCR 7(d)) | March 2, 2026 | June 5, 2026 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | April 30, 2026 | July 31, 2026 |
| All motions in limine must be filed by | May 20, 2026 | August 10, 2026 |
| Deposition Designations must be submitted to the Court by (see LCR 32(e)) | June 8, 2026 | September 7, 2026 |
| Agreed pretrial order due | June 8, 2026 | September 7, 2026 |

STIPULATION AND ORDER TO CONTINUE
TRIAL DATE AND RELATED CASE DEADLINES
NO. 3:25-CV-05427-JNW

PAGE 2

KENNEDYS CMK LLP
1420 FIFTH AVENUE, STE 2200
SEATTLE, WA 98101
T: 564.224.9109

Case 3:25-cv-05427-JNW    Document 37    Filed 01/21/26    Page 3 of 4

| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | June 15, 2026 | September 14, 2026 |
|---|---|---|
| Pretrial conference | June 22, 2026 | September 21, 2026 |

SO STIPULATED between the parties as of this 20th day of January, 2026.

GORDON THOMAS HONEYWELL LLP                KENNEDYS CMK LLP


By */s/ Ian M. Leifer*                                By */s/ Michael A. Guadagno*
    Robert C. Wilke, WSBA #49937                    Michael A. Guadagno, WSBA #34633
    rwilke@gth-law.com                              michael.guadagno@kennedyslaw.com
    Ian M. Leifer, WSBA #56670                       Gelline D. Nicolas, WSBA #62228
    ileifer@gth-law.com                             gelline.nicolas@kennedyslaw.com

*Attorneys for Plaintiff Neil Watts*                 *Attorneys for Defendant The Standard Fire Insurance Company*

STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND RELATED CASE DEADLINES NO. 3:25-CV-05427-JNW

PAGE 3

KENNEDYS CMK LLP
1420 FIFTH AVENUE, STE 2200
SEATTLE, WA 98101
T: 564.224.9109

## IV.  ORDER

This matter having come before the Court upon the stipulation of the parties, and the Court being fully advised, it is hereby ORDERED that:

1.    The Trial date in this matter is continued to September 28, 2026.

2.    The current trial setting is struck.

3.    The Court shall issue an Amended Case Scheduling Order.

Dated this 21st day of January, 2026.

_____
HONORABLE JAMAL N. WHITEHEAD
United States District Court Judge

Presented by:

KENNEDYS CMK LLP


By  /s/Michael A. Guadagno
    Michael A. Guadagno, WSBA #34633
    E-mail:  michael.guadagno@kennedyslaw.com
    Gelline D. Nicolas, WSBA #62228
    E-mail:  gelline.nicolas@kennedyslaw.com

*Attorney for Defendant The Standard Fire
Insurance Company*


GORDON THOMAS HONEYWELL LLP


By  /s/ Ian M. Leifer
    Robert C. Wilke, WSBA #49937
    rwilke@gth-law.com
    Ian M. Leifer, WSBA #56670
    ileifer@gth-law.com

*Attorneys for Plaintiff Neil Watts*

STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND RELATED CASE DEADLINES NO. 3:25-CV-05427-JNW

PAGE 4

KENNEDYS CMK LLP
1420 FIFTH AVENUE, STE 2200
SEATTLE, WA 98101
T: 564.224.9109